IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60115
Conference Calendar
_____

DAVID JACKSON,

                                        Plaintiff-Appellant,

versus

WALTER BOOKER, Superintendent at
Parchman; JAMES BREWEN, Captain;
JOHN BEARRY, DR., Physician,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:99-CV-299-P-B
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    David Jackson, Mississippi prisoner number 39640, appeals
the district court's denial of IFP status for failure to exhaust
administrative remedies.  Jackson has failed to brief this issue,
as he has provided neither argument nor authorities to show that
the district court erred in denying his application to proceed in
forma pauperis.  See Yohey v. Collins, 985 F.2d 222, 225 (5th
Cir. 1993); Fed. R. App. P. 28(a)(9).  Accordingly, this appeal
is dismissed as frivolous.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

This dismissal of a frivolous appeal constitutes one strike against Jackson for purposes of 28 U.S.C. § 1915(g).  See Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).  If two other district court actions or appeals filed by Jackson are dismissed as frivolous, he will be barred from bringing a civil action or appeal as a prisoner proceeding *in forma pauperis* unless he is under imminent danger of serious physical injury. See § 1915(g).

APPEAL DISMISSED AS FRIVOLOUS.  5TH CIR. R. 42.2.  SANCTIONS WARNING ISSUED.